CLAUSELLS, APELANTE, *v.* RAMÍREZ, APELADO.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 891.—Resuelto en febrero 4, 1913.

Resuelto por los fundamentos de la opinión emitida en el caso No. 889, *Marvin & Jones, Inc.,* v. *Torres et al.* (pág. 48).

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. José A. Poventud.*
Abogados del apelado: *Sres. José de Diego y Benito Forés.*
EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El día 22 de abril de 1912, la Corte de Distrito de Ponce dictó sentencia en este caso en contra del demandado, con imposición de "las costas" al mismo. El 31 de julio de 1912,

o sea después del término en que se dictó, el demandante solicitó de la corte que ordenara la enmienda de la sentencia agregando después del vocablo "costas," las palabras "desembolsos y honorarios de abogado" que habían sido omitidas por el secretario al registrarla. La corte, el 28 de agosto de 1912, resolvió no haber lugar a ordenar la enmienda solicitada, y contra esa resolución de la corte se interpuso el presente recurso de apelación.

Expuestos los anteriores hechos, debemos concluir que, siendo este caso enteramente igual al de *Marvin and Jones, Inc.* v. *Torres et al.* (pág. 48), que acabamos de decidir, debe regirse por los mismos principios establecidos en la opinión del tribunal emitida para fundar la sentencia dictada en dicho caso.

En tal virtud, el recurso debe declararse sin lugar y confirmarse la resolución apelada de 28 de agosto de 1912.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.